# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| ANTHONY HICKEY, | |
| Plaintiff, | No. C09-0134-LRR |
| vs. | |
| UNNAMED, | ORDER |
| Defendant. | |

This matter is before the court on the submission of a letter (docket no. 1). The clerk's office filed such letter on September 15, 2009. A letter is insufficient to commence a civil action. *See* Fed. R. Civ. P. 3 (indicating a civil action is commenced by filing a complaint); *see also* Fed. R. Civ. P. 8 (addressing general rules of pleading). Moreover, the plaintiff submits neither the filing fee nor an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis). Further, a cursory review of the plaintiff's contentions suggests that he should seek relief in the district where he is confined and the events he complains of occurred. *See* 28 U.S.C. § 1391 (addressing venue generally). Accordingly, this action is dismissed without prejudice. 28 U.S.C. § 1914; 28 U.S.C. § 1915.

**IT IS SO ORDERED**

**DATED** this 16th day of September, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA